AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERRY KIELISCH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV121-11

LINCOLN COUNTY JAIL,

Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 16, 2021, the Report and Recommendation of the United States Magistrate Judge is ADOPTED as the opinion of the Court. This case is dismissed without prejudice, and this civil action stands closed.

3/16/21             John E. Triplett, Acting Clerk
Date                Clerk

                    (By) Deputy Clerk

GAS Rev 10/2020